MINUTE ENTRY
MILAZZO, J.
June 7, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BERVICK PHILIP** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-862** |
| **PRIME INSURANCE CO. ET AL** | **SECTION: H (1)** |

### MINUTE ENTRY

On June 7, 2018, the Court held a preliminary status conference. Travis Turner participated on behalf of Plaintiff; Vallie Dugas participated on behalf of Defendant; Christopher Sherwood participated on behalf of Intervenor. The parties updated the Court on the status of the case. Defendant noted that it has no objection to the substitution of the correct plaintiffs.

**IT IS ORDERED** that counsel for Plaintiff shall submit to the Court a joint report on the status of settlement negotiations by June 21, 2018 at 4:00 p.m. The report may be emailed to Jenny_Rudolph@edla.uscourts.gov or faxed to 504-589-7521.



(JS-10:11)